**Dismissed and Opinion Filed January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00002-CV

## IN RE BILLY SIMS, Relator

**Original Proceeding from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F-8795144**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Before the Court is relator's petition for writ of mandamus complaining that the trial court has failed to timely rule on his motion for appointment of counsel to assist him in post-conviction habeas corpus matters. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have jurisdiction over relator's petition. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2010); *In re Hampton*, No. 05-07-00440-CV, 2007 WL 1168446 at *1 (Tex. App.–Dallas Apr. 20, 2007, orig. proceeding) (mem. op.). Accordingly, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

140002F.P05

/David Bridges/
DAVID BRIDGES
JUSTICE